IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Daniel L. Little
905 Security Rd
Hagerstown, MD. 21742
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

*FILED   ENTERED
LODGED   RECEIVED

JUL 23 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND      DEPUTY

BY

Civil No.: **WMN 12 CV 2173**
(Leave blank. To be filled in by Court.)

_____
_____
_____
_____
(Full name and address of the defendant(s))
**Defendant(s)**

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) _____

   Enclosed is a copy of information to Case Load

Complaint (Rev. 12/2000)                    1

2. The facts of this case are:

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____


_____          _____
(Date)                                                              (Signature)

                                                                    _____

                                                                    _____

                                                                    _____

                                                                    _____
                                                                    (Printed name, address and phone number of
                                                                     Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

pose 1

pose 2 – back

In 2009 I sustained bad fall. I was taken to Wash. Co. Hospital March 2009 (Approv 4th) day. They kept me for 9 days. They treated me for cracked Ribs, Cracked Sternom, punotored lung. I Complained about my neck and upper back for 9 days straight. They sent me home. Several days later I could hardly walk, sit, stand, bend. I Contacted Hagerstown VA Outpatient Clinic - Taryn Longstreth and other doctors looked at me and sent me to Martinsburg VA for MRI's. This showed neck and upper back with several fractures severe. She sent me back to WA County Hospital. They Xrayed neck & Back twice. WA County told me nothing was wrong. Sometime april or May I was sent to VA Baltimore. Dr Chang with VA Told me I needed neck and back surgery. Right of way

2 June 09  He operated.
June 20 09  Staples were removed from back, neck and hip.

1st Surgery  page (4).

from around End of June 09 I started getting where I could hardly walk, sit, stand. I had to sleep in Recliner. Dr Chang took bone from hip to fuse neck back. I got where couldn't drive car at all Neck looked in place. I went down hill neck seven months quickly. Therapy and other things was tried nothing work. Patient Advocate (Mr Bob Maness) Contacted Baltimore. I went to Balt. Md to see another Doctor. Doctor never showed up. either fishing or golf. 2 Doctors Orthopedic Looked at me and told me they wanted to help but top doctor wasn't there went back to Martinsburg. Bob Manesse Called back to Balt. and one of high up doctors Told Bob to take me back to Balt. DR San Sun from Univ. of MD. looked at me and told me if I wasn't Operated ASAP I would be

pg

Posc 2
over 7
B4

paralyzed Dec 18-2009 ④ ⑤
I was admitted to Hospital
on Dec 21-2009 He Operated ② Op
Dr. Sanson They had to
redo a lot That Doctor screwed
up on, Dr. SanSur foond I
had osteoporosis as well.
1st Doctor should have picked up.
Dr San Sor put rods, Screws in neck
and back. I tried Therapy
and other exercises. I started
having problems again. Dr. San Sor
Tried to straighten me up some. Things
wasn't working like should. months later
on Nov 4, 2010 DR San Sor
Re Operated for 3rd Time. He
put Longer Rods and Screw to
Straighten back and neck to try to
help posture and neck. Several
Hours after ③ Surgery I was
in Re ICU. I got where I
couldn't eat or DRink. Could hardly
talk. Nurse came over and talked
to me. She Called Stat Doctor and
Anesthcologist Shined Tight up nose.
An Obstruction was found, Before 3rd
Surgery 3RD-5th- Preop nurses were

told to set Dentores before being operated on Doctors told nurses on 3rd-5th preop to get teeth because Anesthia was kicking in. I had dentores in hand. After 3rd sorgery while in ICU couldnt eat, drink, hardly talk this is when nurse called spot Doctor and anesthiologist came over shined light up nose and Doom found obstrodion in throat They took me back in operating Room pot me under (4th time) when taken back to ICU I came to He has teeth in my hand. He told me he didn't know how teeth got from hand back in mouth. I was blest and thankful that Soon Lord spared my life. An Investigation was started haven't heard

I have right to know what's going on ↑ what is being done

1st operation June 2, 09   2nd Sursery 21 Dec 09
3rd Sursery 4 Nov 10   4th Sursery teeth 11/10/10

~~more Therapy and other treatment was done~~
~~Nothing seem to work. Dr San for~~
~~Univ. of MD operated Nov 4, 10 operated~~
~~on neck and back again Installing~~
~~longer rods, screws~~ etc. ~~More tests~~
~~were done~~ After 3rd Surgery

page 2)
over on back

over 1/2
on Back

After 3rd Surgery on Nov 4, 2010
I was having problems eating
and Drinking. same day. Doctors
told nurses on 3rd, 5th, and preop
to get my teeth; I had teeth
in my hand when I went
under for 3rd operation.
When I came out problems started,
with eating, Drinking, Swallowing.
Nurse in ICU called staff
Doctors and anesthesiologist came
in shined light down nose and
throat told me something was
lodging in throat. they told me
if they didn't take me back to
O.R. a Trich would have to
be done – they operated again 4 Nov ~~2010~~ 2010
I came out of surgery to ICU
Doctors had teeth in hand, I started
to eat and Drink moved me
to 5th floor. I have been under
constant care since then. Tort
Claims were filled out. I am
facing more surgeries on neck and
back. I will require treatment rest
of life. At VAMC in Martinsburg
use wheelchair muscle and nerve
damage is getting worse

The Departmen of Vereans Affairs office of Resianal Council Warhinston DC offered me 7500⁰⁰ on 2nd tort claim I told them what several lawyers told me to tell them. that punitive and Conglomator damage plus almost lost life because of screw ups.

I had them to Reconder offer I told them Ihem I would consiDer $7500⁰⁰ turned me down that is why I am goint to take this to Federal District and they told me to call Federal District Court Baltmore MD. The inital Claim was $100,000 I would appreciate you handle this case and make an honest and sincere decision

I feel like 7500⁰⁰ is not enough for pain and suffering traumas.

Signed Daniel Luck
905 Security Rd
Hagerstown, MD, 21742

Past 3 → back

I have had attacks where I have fallen down. Sitting in wheel chair in Doctors offices were I almost fall out of chair. Up to June 12 - 2012 26 spells. I can't walk too far when starting to fall I have to grab chair or hand rails. When I go shopping with family I use stores power chairs. As of 2009 SSI put me as total disabled. I am trying to get doctors to rule me as Total Unemployable. Cant sit to long or stand. DAV in Martinsburg Steve Queen and Steve Miller are helping me out. Doctors in Baltimore Dr ZED tested me for PTSD. I have trumatic stress all related to surgeries. Do not have to be in combat for PTSD. Any major operations I have had causes PTSD. I am under total stress - anxiety attacks, Depression all related to PTSD. — page 3 →
I am Totally Disabled. Doctors on back
are working on Total Unemployable

page 3 back

I Talked to Mrs Pat Trejillo with Regional Consele office she advised me to Reapply for Consideration, I decided after all problems that it was best to take $7500.00 That way I wouldn't have to go through a lot of red tape.

    Sincerly yours.
    Daniel Litel

Tort Claim
202 - 530 - 9420
Fax 202-530 9431
Washington D.C. office
17221 Street N.W.
Suite 302  20421

Subject

page 5

I am taking Paxotene for stress, Depression and anxiety attacks.

I am entitled to 100% ~~care~~ medical care for rest of life. Facing more treatment, ~~tests~~ operations and therapy.

I want ~~the~~ all medical care for rest of life Due to Doctors and VA in Baltimore Md.

Tort Claims they want me to settle right away But I want Guaranteed 100% medical in writing for rest of life

I never had back problems till locker was dropped on in 1976. Been Doctoring at VAs since early 80's 1977 went to Huntington WVA for treatment I Cant find records were treated I was told Archives has them Please help me to receive 100% percent benefits rest of life due to major screw ups. Have Rods in neck and back, muscle nerve damage

When offered 7500.00 on tort claim for 1,000,000.00 several lawyers told me I should be granted panitive, and compensatory damages. I talke to several lawyers they were to busy to handle they advised me to Contract Mr. Noah Clugsdon Lowery to handle these cases. I had to keep on him. he called me 3 or 4 times. I called numerous time no response I wasn't aware of time frame. I tried to handle myself after no response. I called the Bar Association and Court of Appeals a couple of times Lawyer was stopped for speeding Drivers License expired, Car tags expired. Car was impounded. My paper work was in his car. Sent letters certified and got signed no response. I feel due to Denreel staff problem I would appreciated 7500.00 reconsideration in order to settle for