IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL L. LITTLE                *
                                *
v.                              *
                                *   Civil Action No. WMN-12-2173
UNITED STATES OF AMERICA        *
                                *
   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER**

In accordance with the accompanying memorandum, and for the reasons stated therein, IT IS this 8th day of January, 2013, by the United States District Court for the District of Maryland,

ORDERED:

1) That Defendant's Motion to Dismiss, ECF No. 6, is GRANTED and this case DISMISSED;

2) That this action is hereby CLOSED; and

3) That the Clerk of the Court shall transmit a copy of this Order to Plaintiff and all counsel of record.

_____/s/_____
William M. Nickerson
Senior United States District Judge